George Davis

vs

James A Peake Secretary of Veterans Affairs

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF _Andre' W. Keith_　COUNTY OF _____　, SS.:

_____, being duly sworn deposes and says deponent is not a party herein, and is over the age of eighteen years. That on _July 17, 2008_ at _2125_ P M at _810 Vermont Ave, NW, Wash, DC 20420_ deponent (did), did not) serve the within Summons and Complaint　And Court Rules

on: James A Peake Secretary of Veterans Affairs , Defendant (herein called recipient) therein named.

**#1 INDIVIDUAL** [ ]  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORP.** [ ]  A _____ corporation, by delivering thereat a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be _____ thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

**#3 SUITABLE AGE PERSON** [X]  By delivering a true copy of each to _Tyrone Smith, Staff Assistant to General Counsel_ a person of suitable age and discretion. Said premises is recipient's [X] actual place of business [ ] dwelling house (usual place of abode) within the state

**#4 AFFIXING TO DOOR** [ ]  By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#5 MAILING COPY** [X]  On _7/18/08_ deponent completed service under the last two sections by depositing a copy of the _above_ to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Deponent called at the aforementioned address on the following dates and times:
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___

**#6 NON-SERVICE** [ ]  After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:
[ ] Unknown at Address　[ ] Evading　[ ] Moved left no forwarding　[ ] Address does not exist　[ ] Other

**#7 DESCRIPTION** [X] (use with #1, 2 or 3)  A description of the Defendant, or other person served, on behalf of the Defendant is as follows:
Sex _M_　Color of skin _B_　Color of hair _Blk_　Approx.Age _50's_　Approx.Height _5'10"_ Approx.
weight _160_　Other _Balding_

**#8 WIT. FEES** [ ]  $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this _18_ day of _July, 2008_

_Sara H. Childress_
Notary Public

Sara Childress
Notary Public, District of Columbia
My Commission Expires 2/14/2009

Invoice·Work Order # 0813464

ALEXANDER, POOLE & CO., INC. • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207